UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __24-1550__         Case Manager: __Virginia Lee Padgett__

Case Name: __DeAnna Johnson v. Ford Motor Company__

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☑ Yes   ☐ No
If yes, state:
  Case Name: __Johnson v Ford Motor Co.__   Citation: __20-2032__
  Was that case mediated through the court's program?   ☑ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against Ford Motor Company. The key issues to be raised on appeal are that the jury verdict in favor of Ford Motor Company as to the claims tried - sexually hostile work environment, racially hostile work environment - was against the great weight of the evidence; that the trial court erred in granting summary judgment as to Plaintiff's quid pro quo claims; and that the trial court erred in its other rulings adverse to Plaintiff, including denial of Plaintiff's motions in limine.

This is to certify that a copy of this statement was served on opposing counsel of record this __9th__ day of __July__, __2024__.

__Carol A. Laughbaum (P41711)__
Name of Counsel for Appellant